USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOSE RAMON ONTIVEROS,

                      Defendant.

1:14-cr-133-GHW-4

ORDER

GREGORY H. WOODS, United States District Judge:

    On April 5, 2019, the defendant was sentenced principally to a term of imprisonment of 384 months.

    On September 29, 2025, the defendant filed a motion (the "Motion") requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. Dkt. No. 225. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.

    The Court has considered the record in this case and the Motion pursuant to 18 U.S.C. § 3582(c)(2).

    It is hereby ORDERED that the defendant is ineligible for a reduction in his sentence pursuant to Amendment 821 as a zero-point offender under USSG § 4C1.1. While the defendant had no prior convictions for criminal offenses, and therefore satisfies the requirement of § 4C1.1(a), he does not satisfy all of the requirements of § 4C1.1. Among other things, the defendant was responsible for the torture and murder of a man. Therefore, he does not satisfy the requirements of § 4C1.1(3) and (4), which require that "the defendant did not use violence . . ." and that "the offense did not result in death or serious injury." He also received an aggravating role enhancement under

§ 3B1.1(c) because he was the long-time leader of a California-based drug trafficking organization. Therefore, he does not satisfy the requirements of § 4C1.1(10). As a result, the Motion is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 225, and to mail a copy of this order, together with the Court's order filed at Dkt. No 229, to Mr. Ontiveros by first class mail.

SO ORDERED.

Dated: November 24, 2025

GREGORY H. WOODS
United States District Judge