AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:  1:14-cr-00133-GHW-4 |
| JOSE RAMON ONTIVEROS | ) | USM No:  56189-298 |
| | ) | |
| Date of Original Judgment:  April 11, 2019 | ) | |
| Date of Previous Amended Judgment: _____ | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    04/11/2019    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    November 24, 2025          _____
                                                        *Judge's signature*

Effective Date: _____       Hon. Gregory H. Woods, USDJ
          *(if different from order date)*                *Printed name and title*